Hay *v.* Smith.

JORDAN, J.—Appellees successfully prosecuted this action in the lower court to foreclose a lien arising out of an assessment for the improvement of a public street in Michigan City.

The identical questions are involved as were presented and decided by this court in *Leeds* v. *Defrees, ante,* 392, and on the authority of that case these questions must be decided adversely to the contentions of appellants. The judgment is, therefore, in all things affirmed.

## ROACH ET AL. *v.* SMITH.

[No. 19,606.    Filed December 10, 1901.]

From Marion Superior Court;  *J. M. Leathers,* Judge.

Action by William C. Smith against William M. Roach and others to enforce a lien for street improvements.  From a judgment for plaintiff, defendants appeal.  *Affirmed.*

*S. N. Chambers, S. O. Pickens, •C. W. Moores* and *R. F. Davidson,* for appellants.

HADLEY, J.—The record in the above cause presents only the identical questions decided in *Shank* v. *Smith, ante,* 401, and upon the authority of that case the judgment in this case is affirmed.

## DAVIS *v.* SMITH.

[No. 19,607.    Filed December 10, 1901.]

From Marion Superior Court;  *J. L. McMasters,* Judge.

Action by William C. Smith against Susan F. Davis to enforce a lien for street improvements.   From a judgment for plaintiff, defendant appeals.  *Affirmed.*

*S. N. Chambers, S. O. Pickens, C. W. Moores* and *R. F. Davidson,* for appellant.

HADLEY, J.—The record in the above cause presents only the identical questions decided in *Shank* v. *Smith, ante,* 401, and upon the authority of that case the judgment in this case is affirmed.

## HAY ET AL. *v.* SMITH.

[No. 19,608.    Filed December 10, 1901.]

From Marion Superior Court;  *J. L. McMasters,* Judge.

Action by William C. Smith against Oliver P. Hay and others to enforce lien for street improvements.   From a judgment for plaintiff, defendants appeal.  *Affirmed.*

Rowland *v.* City of Greencastle.

*S. N. Chambers, S. O. Pickens, C. W. Moores* and *R. F. Davidson,* for appellants.

HADLEY, J.—The record in the above cause presents only the identical questions decided in *Shank* v. *Smith, ante,* 401, and upon the authority of that case the judgment in this case is affirmed.

## STEVENSON *v.* SMITH.

[No. 19,605.   Filed December 13, 1901.]

From Marion Superior Court; *J. L. McMasters,* Judge.

Action by William C. Smith against James Stevenson to enforce a lien for street improvements.   From a judgment for plaintiff, defendant appeals.   *Affirmed.*

*S. N. Chambers, S. O. Pickens, C. W. Moores* and *R. F. Davidson,* for appellant.

HADLEY, J.—This record presents the identical questions decided in *Shank* v. *Smith, ante,* 401, and upon the authority of that case the judgment in this case is affirmed.

## ROWLAND *v.* CITY OF GREENCASTLE.

[No. 18,883.   Filed January 9, 1902.]

From the Putnam Circuit Court; *S. M. McGregor,* Judge.

Action by City of Greencastle against Daniel B. Rowland for violating a city ordinance.   From a judgment for plaintiff, defendant appeals.   *Reversed.*

*H. C. Lewis, B. F. Corwin, J. E. Lamb, J. T. Beasley, W. W. Woollen* and *Evans Woollen,* for appellant.

*G. C. Moore, T. T. Moore* and *J. S. McClary,* for appellee.

DOWLING, J.—The questions presented in this cause are substantially the same, and are between the same parties as in the case of *Rowland* v. *City of Greencastle, ante,* 591.

On the authority of that case the judgment is reversed, with directions to overrule the demurrer to the second paragraph of the appellant's answer, to sustain the motion for a new trial, and for further proceedings in accordance with said opinion.